UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA :

    V.                                   MAG. NO. 11-5058 (TJB)

: 

BRIAN HILAND REYNOLDS

                                    :      O R D E R

The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel,

It is on this 20TH day of DECEMBER, 2011,

ORDERED that BRIAN REILLY from the Office of the Federal Public Defender for the District of New Jersey is hereby appointed to represent said defendant is this cause until further order of the Court.

                                                       Tonianne J. Bongiovanni
                                                       U.S. Magistrate Judge